B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Brevity Ventures Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Brevity Ventures LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**45-5401327** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3500 West Olive Avenue**<br>**Suite 300**<br>**Burbank, CA**                    ZIP Code **91505** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor     **See Attachment 1**<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7       ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9           of a Foreign Main Proceeding<br>☒ Chapter 11<br>☐ Chapter 12     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13         of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | (Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."     ☒ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                                           Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Brevity Ventures Inc.** | |
|---|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). X _____  Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Brevity Ventures Inc. |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X _____
   Signature of Attorney for Debtor(s)

  Matthew P. Ward (No. 4471)

  Thomas M. Horan (No. 4641)
  Womble Carlyle Sandridge & Rice LLP
  Firm Name
  222 Delaware Avenue, Suite 1501
  Wilmington, DE 19801
  Address

  302-252-4320  Fax: 302-252-4330
  Telephone Number
  June 12, 2014
  Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Authorized Individual
  Kevin Norris
  Printed Name of Authorized Individual
  President and Chief Executive Officer
  Title of Authorized Individual
  June 12, 2014
  Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with the chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

_____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

ATTACHMENT 1

Location of Principal Assets:

1.  Abdul Sulimen
    REDACTED

2.  Piscataway Datacenter
    101 Possumtown Rd. #6
    Piscataway Township, NJ 08854

3.  El Segundo Datacenter
    2660 E El Segundo Blvd.
    El Segundo, CA 90245

**ACTION BY UNANIMOUS WRITTEN CONSENT
OF THE BOARD OF DIRECTORS OF
BREVITY VENTURES INC.**

Pursuant to the provisions of Section 141(f) of the Delaware General Corporation Law, the undersigned, being all of the members of the Board of Directors (the "Board") of Brevity Ventures Inc., a Delaware corporation (the "Company"), by one or more counterparts, including facsimiles or PDFs, each of which shall be deemed an original and all of which together shall constitute a single instrument, do hereby approve and adopt the following resolutions by unanimous written consent:

WHEREAS, the Board has reviewed and analyzed the materials presented by management and the outside legal advisors of the Company regarding the financial condition, capital structure, liquidity position, short term and long term prospects of the Company and the restructuring and other strategic alternatives available to it, and the impact of the foregoing on the Company's business; and

WHEREAS, the Board has determined that it is in the best interest of the Company, its creditors and other interested parties, that a voluntary petition (the "Petition") be filed by the Company under the provisions of Title 11 of the United States Code (the "Bankruptcy Code");

NOW, THEREFORE, BE IT RESOLVED, that the Company is hereby authorized and directed to file or cause to be filed the Petition to commence a case under the provisions of the Bankruptcy Code (the "Chapter 11 Case"); and it is further

RESOLVED, that the officers and directors of the Company (each, an "Authorized Officer" and collectively, the "Authorized Officers") be, and each of them hereby is, authorized and directed to execute said Petition of the Company in the name of the Company under Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), in such form and at such time as the Authorized Officer executing such petition shall determine; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and directed to execute and file, or cause to be filed (or direct others to do so on their behalf as provided herein) with the Bankruptcy Court, on behalf of the Company, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other necessary papers or documents, including any amendments thereto, and, in connection therewith, to employ and retain all assistance by legal counsel or other professionals and to take any and all action that they deem necessary or proper to obtain such Chapter 11 bankruptcy relief, and to take any necessary steps to coordinate the Chapter 11 Case contemplated by the Company under the Bankruptcy Code; and it is further

RESOLVED, that the law firm of Womble Carlyle Sandridge & Rice, LLP ("WCSR") be, and hereby is, authorized and empowered to represent the Company as its general bankruptcy counsel, and to represent and assist the Company in carrying out its duties under the

Bankruptcy Code, and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the bankruptcy case commenced by the Company; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of WCSR; and it is further

RESOLVED, that the Authorized Officers be, and hereby are, authorized and directed to employ any other individual and/or firm as professionals or consultants or financial advisors to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under Chapter 11 of the Bankruptcy Code, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, if required, prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of any such individual and/or firm; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Officer of the Company or any of the Company's retained professionals to seek relief on behalf of the Company under Chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case in connection with such proceedings, or any matter related thereof, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, to incur all such fees and expenses and to take such other action, as in the judgment of such Authorized Officer shall be or become necessary, proper and desirable to prosecute to a successful completion of the Chapter 11 Case, to effectuate the restructuring of debt, other obligations, organizational form and structure and ownership of the Company and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions; and it is further

RESOLVED, that the Authorized Officers be, and hereby are, authorized and directed to take such actions as any of the Authorized Officers deem necessary, appropriate, advisable or desirable to pursue and maximize the benefits of the Company's restructuring in the Chapter 11 Case, including without limitation: (a) pursuing and consummating any sale or sales of the Company's assets any of the Authorized Officers deem necessary or appropriate and (b) developing, negotiating, confirming and performing under a bankruptcy plan of reorganization or liquidation, and negotiating, executing and delivering on behalf of the Company any and all agreements, instruments and related documents that, in the judgment and discretion of any of the Authorized Officers are necessary, appropriate, advisable or desirable for pursuing and consummating such sale or sales of the Company's assets or for such development, negotiation and confirmation of, and performance under, such a bankruptcy plan of reorganization or liquidation, including without limitation executing asset purchase agreements, plans and related documents; and it is further

2

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered, with full power of delegation, for and in the name and on behalf of the Company to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions, and to take all actions necessary, appropriate and advisable to consummate, effectuate, carry out or further the actions contemplated by the foregoing resolutions; and it is further

RESOLVED, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and the Board, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such actions were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved, and ratified.

[Signature page follows.]

3

The foregoing Resolutions are approved on and as of this __11th__ day of June, 2014.

_____
Kevin Norris, Director


_____
Jacob Bronstein, Director


_____
Abdul Sulieman, Director


_____
Stanley Kleger, Director


_____
Burt Miller, Director

4

The foregoing Resolutions are approved on and as of this __11__ day of June, 2014.

_____
Kevin Norris, Director

_____
Jacob Bronstein, Director

_____
Abdul Sulieman, Director

_____
Stanley Kleger, Director

_____
Burt Miller, Director

4

The foregoing Resolutions are approved on and as of this _11th_ day of June, 2014.

_____
Kevin Norris, Director


_____
Jacob Bronstein, Director


_____
Abdul Sulieman, Director


_____
Stanley Kleger, Director


_____
Burt Miller, Director

4

The foregoing Resolutions are approved on and as of this __11__ da

_____
Kevin Norris, Director

_____
Jacob Bronstein, Director


_____
Abdul Sulieman, Director

_____
Stanley Kleger, Director


_____
Burt Miller, Director

1

The foregoing Resolutions are approved on and as of this _12_ day of June, 2014.

_____

Kevin Norris, Director

_____

Jacob Bronstein, Director

_____

Abdul Sulieman, Director

_____

Stanley Kleger, Director

_____

Burt Miller, Director

4

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### District of Delaware

In re    Brevity Ventures Inc.                         Case No. _____

                                          Debtor(s)             Chapter      11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) <br><br> Name of creditor and complete mailing address including zip code | (2) <br><br> Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) <br><br> Nature of claim (trade debt, bank loan, government contract, etc.) | (4) <br><br> Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) <br><br> Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Express<br>PO Box 981540<br>El Paso, TX 79998 | American Express<br>PO Box 981540<br>El Paso, TX 79998 | Trade debt | Unliquidated<br>Disputed | 107,255.00 |
| Barton, David<br>Barton Laboratories, LLC<br>1717 NW 37th Avenue<br>Camas, WA 98607 | Barton, David<br>Barton Laboratories, LLC<br>1717 NW 37th Avenue<br>Camas, WA 98607 | Trade debt | | 184,420.00 |
| Benaim, Jossi<br>REDACTED | Benaim, Jossi<br>REDACTED | Service Performed | | 132,207.00 |
| Bronstein, Jacob<br>REDACTED | Bronstein, Jacob<br>REDACTED | Loan | | 32,280.00 |
| Chase Bank Credit Card<br>Attn: Vanessa Vukov Fischetti<br>270 Park Avenue<br>New York, NY 10017 | Chase Bank Credit Card<br>Attn: Vanessa Vukov Fischetti<br>270 Park Avenue<br>New York, NY 10017 | Trade debt | | 15,761.00 |
| Citrin Cooperman<br>Attn: Jeff Slavet<br>529 Fifth Avenue<br>New York, NY 10017 | Citrin Cooperman<br>Attn: Jeff Slavet<br>529 Fifth Avenue<br>New York, NY 10017 | Service Performed | | 29,356.00 |
| DevSpark<br>Attn: Chris Cali, CEO<br>68 Southfield Avnue, Ste. 100<br>Two Stamford Landing<br>Stamford, CT 06902 | DevSpark<br>Attn: Chris Cali, CEO<br>68 Southfield Avnue, Ste. 100<br>Stamford, CT 06902 | Service Performed | | 26,000.00 |
| Golden Gate Investment Brokers<br>Attn: Robert Riciardelli<br>1521 Concord Pike<br>Suite 303<br>Wilmington, DE 19803 | Golden Gate Investment Brokers<br>Attn: Robert Riciardelli<br>1521 Concord Pike<br>Wilmington, DE 19803 | Service Performed | | 75,000.00 |
| Greenberg Traurig<br>Attn: David Greenberg<br>200 Park Avenue<br>New York, NY 10166 | Greenberg Traurig<br>Attn: David Greenberg<br>200 Park Avenue<br>New York, NY 10166 | Service Performed | | 114,328.00 |

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| International Trade Investment Brokers 2510 Warren Avenue Cheyenne, WY 82001 | International Trade Investment Brokers 2510 Warren Avenue Cheyenne, WY 82001 | Service Performed | | 50,000.00 |
| Jackman, Michael REDACTED | Jackman, Michael REDACTED | Service Performed | | 67,226.93 |
| Kleinman, Joel REDACTED | Kleinman, Joel REDACTED | Loan | | 41,125.00 |
| Lui, Kin REDACTED | Lui, Kin REDACTED | Loan | | 119,500.00 |
| Motherboard Express 1101 Brown Street Wauconda, IL 60084 | Motherboard Express 1101 Brown Street Wauconda, IL 60084 | Trade debt | | 74,931.00 |
| Norris, Kevin REDACTED | Norris, Kevin REDACTED | Service Performed | | 253,955.00 |
| O'Brien, Tim c/o Monika O'Brien PO Box 1821 New York, NY 10156 | O'Brien, Tim c/o Monika O'Brien PO Box 1821 New York, NY 10156 | | | 31,982.00 |
| O'Leary, Charlie REDACTED | O'Leary, Charlie REDACTED | Service Performed | | 20,995.00 |
| Plant, Owen REDACTED | Plant, Owen REDACTED | | | 15,062.00 |
| Rosenbaum, Mark REDACTED | Rosenbaum, Mark REDACTED | Service Performed | | 43,226.00 |
| Winslett Studnicky McCormick & Bomser Attn:  Larry Studnicky 6 East 39th Street, 6th Floor New York, NY 10016 | Winslett Studnicky McCormick & Bomser Attn:  Larry Studnicky 6 East 39th Street, 6th Floor New York, NY 10016 | Service Performed | Contingent Unliquidated Disputed | 21,448.48 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _June 12, 2014_                    Signature _____

Kevin Norris
President and Chief Executive Officer

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

WCSR 32616371v1

## United States Bankruptcy Court
### District of Delaware

In re   Brevity Ventures Inc. _____     Case No. _____

_____ Debtor(s)                      Chapter    11 _____


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Brevity Ventures Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Astro Brevity 18, LLC
160 Greentree Dr.
Suite 101
Dover, DE 19904
_____
KPC Venture Capital LLC
One Patriot Place
Foxboro, MA 02035
_____


☐ None [*Check if applicable*]



June 12, 2014
_____                    _____
Date                                               Kevin Norris, President and Chief Executive Officer
                                                   Signature of Attorney or Litigant

# United States Bankruptcy Court
## District of Delaware

In re    Brevity Ventures Inc.                                           Case No. _____

                                   Debtor(s)                             Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

See attached "Brevity Cap Table".

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President and Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    June 12, 2014                          Signature    _____
                                                             Kevin Norris

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

WCSR 32614978v1

Brevity Cap Table

November '13

| | No. of Shares | Percentage |
|---|---|---|
| **COMMON STOCK:** | | |
| **Founders & Others** | | |
| Jacob Brunstein | 1,114,787 | 7.1% |
| Abdul Suleiman | 743,171 | 4.7% |
| Broker – Golden Gate Investment Brokers, 1321 Concord Pike, Ste. 303, Wilmington, DE 19803 | 319,434 | 2.0% |
| Broker – Mel Colon, 5979 Bellard Highway, Ste. B-A, Doraville, GA 30340 | 191,861 | 1.2% |
| **Issued total** | 2,369,022 | 15.0% |
| **Personnel Equity Awards** | | |
| Kevin Norris | 345,819 | 2.2% |
| Owen Plant | 34,582 | 0.2% |
| Jossi Fresco | 69,164 | 0.4% |
| Mike Jackman | 121,036 | 0.8% |
| Stan Ringer (Board/Advisor) | 136,327 | 0.9% |
| Don Hollenbeck | 34,582 | 0.2% |
| Charlie O'Leary | 20,749 | 0.1% |
| Adolfo Rosenberg | 20,749 | 0.1% |
| Aaron Kleinman | 103,745 | 0.7% |
| 60 Ltd (Series A + Advisor) | | |
| **Personnel (historical)** | | |
| Timothy O'Brien | 122,420 | 0.8% |
| Midwest Planning/Redwood Partners | 81,531 | 0.5% |
| Robert Salant | 69,164 | 0.4% |
| Nick Violin | 27,665 | 0.2% |
| Cherrytree Botanical/Aeterna Corp. – 345 5th Avenue, 5th Floor, New York, NY 10016 | 25,330 | 0.2% |
| Matt Tate | 24,207 | 0.2% |
| Marofino Bronstein | 17,291 | 0.1% |
| Ted Schell | 17,291 | 0.1% |
| Mark Rosenbaum | 17,291 | 0.1% |
| **Incentive Equity Awards** | 1,251,108 | 8.2% |
| **Future Equity Awards (Already Issued)** | | |
| **Common Stock Subtotal** | 4,789,615 | 30.20% |
| **SERIES A-1 PREFERRED STOCK (Aloha) –** 100 Greentree Dr., Ste. 101, Dover, DE 19904 | | |
| **Series A-1 Subtotal** | 4,619,047 | 29.270% |
| **SERIES B PREFERRED STOCK (Kivit) –** One Patriot Place, Foxboro, MA 02055 | | |
| **Series B Subtotal** | 6,368,888 | 40.5% |
| **TOTAL:** | 15,777,550 | 100.0000% |
| | 2,076,221.60 | |

AXP Internal

Page 1 of 1

6/11/2014

**United States Bankruptcy Court**
**District of Delaware**

In re    Brevity Ventures Inc. _____    Case No. _____

　　　　　　　　　　　　　　　　Debtor(s)    Chapter　__11__

# VERIFICATION OF CREDITOR MATRIX

I, the President and Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:　June 12, 2014 _____    _____

　　　　　　　　　　　　　　　　　　　Kevin Norris/President and Chief Executive Officer
　　　　　　　　　　　　　　　　　　　Signer/Title

ABC
Attn Chuck Jean
47 West 66th Street
New York, NY 10023

Aeterno Corp.
349 5th Avenue
5th Floor
New York, NY 10016

Amazon Web Services
1200 12th Avenue South
Suite 1200
Seattle, WA 98144

American Express
PO Box 981540
El Paso, TX 79998

AT&T
380 Madison Avenue
New York, NY 10017

Atlassian Software
Level 6
341 George St.
Sydney NSWS 2000 AUSTRALIA

Barton, David
Barton Laboratories, LLC
1717 NW 37th Avenue
Camas, WA 98607

Benaim, Jossi
**REDACTED**

Bordoloi, Chiranjeev
**REDACTED**

Bronstein, Jacob
**REDACTED**

Bronstein, Madeline
**REDACTED**

Browerstack.com
501-B, Aver Plaza, New Link Road
Andheri Mumbai
Maharashtra 400053 INDIA

CBS Marketing
Attn:  Joellyn Lankin
524 W 57th Street
555/14
New York, NY 10019

CBS Sports
Attn:  Bruce Goldfeder
524 W 57th Street
555/14
New York, NY 10019

Chase Bank Credit Card
Attn:  Vanessa Vukov Fischetti
270 Park Avenue
New York, NY 10017

Citrin Cooperman
Attn:  Jeff Slavet
529 Fifth Avenue
New York, NY 10017

Convergent Outsourcing Inc.
800 SW 38th St.
PO Box 9004
Renton, WA 98057

Creative Group
Attn:  Julie Shey
1601 Broadway
10th Floor
New York, NY 10019

Davinci Virtual Office
2150 South 1300 East
Suite 200
Salt Lake City, UT 84106

DBM Waste Removal
PO Box 260412
Bellerose, NY 11426

Delaware Secretary of State
401 Federal St. #3
Dover, DE 19901

Deluxe
Attn:  Ryan Kirch
235 Pegasus Avenue
Northvale, NJ 07647

Department of Labor
Attn:  Division of Unemployment
4425 N. Market Street
Wilmington, DE 19802

DevSpark
Attn:  Chris Cali, CEO
68 Southfield Avnue, Ste. 100
Two Stamford Landing
Stamford, CT 06902

Digimetrics (DCA Inc.)
1515 East Pine
Cushing, OK 74023

Dropbox
185 Berry Street
San Francisco, CA 94107

El Segundo Datacenter
2260 E El Segundo Blvd.
El Segundo, CA 90245

Elam, Brent
REDACTED

Fimpel, Monika
PO Box 1821
New York, NY 10156

Golden Gate Investment Brokers
Attn:  Robert Riciardelli
1521 Concord Pike
Suite 303
Wilmington, DE 19803

Granowski, Eric
REDACTED

Greenberg Traurig
Attn:  David Greenberg
200 Park Avenue
New York, NY 10166

Guardian Life Insurance Company
7 Hanover Square
New York, NY 10004

Helpscout.net
500 Harrison Avenue
Floor 3R
Boston, MA 02118

Hollenback, Don
REDACTED

Ifixit
1330 Monterey St.
San Luis Obispo, CA 93401

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

International Trade Investment Brokers
2510 Warren Avenue
Cheyenne, WY 82001

Intuit
2800 East Commerce Center Place
Tucson, AZ 85706

Jackman, Michael
REDACTED

Jim Cutler Voiceovers
Attn:  Jim Cutler
17 Michaels Lane
Glen Head, NY 11545

Kenneth L. Kutner
Law Offices of Kenneth L. Kutner
100 Park Avenue, 20th Floor
New York, NY 10017

Kleger, Stanley
REDACTED

Kleinman, Aaron
REDACTED

Kleinman, Joel
REDACTED

Len Petty, CFO
1200 Technology Way
Libertyville, IL 60048

Lessmeeting.com
686 Greenwood Avenue, NE
Suite B
Atlanta, GA 30306

Linode.com
329 E. Jimmie Leeds Road
Suite A
Absecon, NJ 08205

Lui, Kin
REDACTED

Media Logic GmbH
Moriz-Seeler-Str.3
12489
Berlin Germany

Mel Colon
5979 Buford Highway
Suite B-4
Atlanta, GA 30340

Miller, Burt
REDACTED

Monitor Liability Managers
2850 West Golf Road
Suite 800
Rolling Meadows, IL 60008

Morgan, Lewis & Bockius LLP
Attn:  Ariane Baczynski
225 Franklin St., 16th Floor
Boston, MA 02110

Motherboard Express
1101 Brown Street
Wauconda, IL 60084

NBC Universal
Atttn:  Dori Creco
1 Blachley Road
Stamford, CT 06902

Net Data Centers, Inc.
898 N. Sepulveda Blvd.
Suite 500
El Segundo, CA 90245

net2EZ Managed Data Centers, Inc.
1801 Avenue of the Stars
Suite 631
Los Angeles, CA 90067

New Classrooms
1250 Broadway
30th Floor
New York, NY 10001

Norris, Kevin
**REDACTED**

O'Brien, Tim c/o Monika O'Brien
PO Box 1821
New York, NY 10156

O'Leary, Charlie
**REDACTED**

Office of the United States Trustee
844 King Street
2nd Floor
Attn:  Pat Tinker
Wilmington, DE 19801

OneDotZero Post, LLC
Attn:  Arielle Rosenberg
150 W 22nd Street
9th Floor
New York, NY 10011

Oxford/United Healthcare
PO Box 29130
Hot Springs National Park, AR 71903

Pacific Media Technologies
Attn:  Ruben Garcia
11112 Ventura Blvd
Studio City, CA 91604

Penelope Parmes, Troutman & Sanders LLP
5 Park Plaza
Suite 1400
Irvine, CA 92614

Pipeline Deals LLC
100 S. King Street
Suite 425
Seattle, WA 98104

Piscataway Datacenter
101 Possumtown Rd.
#6
Piscataway, NJ 08854

Plant, Owen
**REDACTED**

Qwest Communications (Century Link Inc.)
PO Box 4300
Carol Stream, IL 60197

Radi8 Creative
Attn:  Mary Kay Crocker
126 W. Sego Lily Drive
Suite 165
Sandy, UT 84070

Redwood Partners LTD
Attn:  Darya Sasson
1410 Broadway, Ste. 1507
New York, NY 10018

RingCentral
1400 Fashion Island Blvd
#700
San Mateo, CA 94404

Rosenbaum, Mark
REDACTED

Rosenberg, Arielle
REDACTED

Salant, Robert
REDACTED

Scalzulli, Bill
REDACTED

Securities & Exchange Commission
Attn:  Nathan Fuchs
233 Broadway
NY 10210

Silicon Valley Bank
505 5th Avenue
11th Floor
New York, NY 10017

Simon Paston & Sons Agency
381 Sunrise Highway
4th Floor
Lynbrook, NY 11563

Sports Video Group
Attn:  Cris Ernst
260 Fifth Avenue
Suite 600
New York, NY 10001

State of Delaware
Division of Revenue, Compliance Dept.
820 N. French Street
Wilmington, DE 19801

Sulieman, Abdul
**REDACTED**

Teamgantt
PO Box 620
White Marsh, MD 21162

The Weinstein Company
Attn:  Robyn-Alain Feldman
9100 Wilshire Blvd, 7th Floor
Suite 700 West Tower
Beverly Hills, CA 90212

TranzXL
Attn:  Paul Goldberg
27 Legendary Circle
Lake Peekskill, NY 10537

Tuck-it-Away
3318 Broadway
New York, NY 10031

Turner Broadcasting
One CNN Center
Atlanta, GA 30303

Turner Labs
Attn: Jennifer Little
BU:  9019
PO Box 4026
Atlanta, GA 30302

US Attorney's Office
Attn:  Ellen Slights
1007 Orange Street, Ste. 700
Wilmington, DE 19801

US Department of Justice
Attn:  Eric Holder Jr.
950 Pennsylvania Avenue, NW
Washington, DC 20530

Winslett Studnicky McCormick & Bomser
Attn:  Larry Studnicky
6 East 39th Street, 6th Floor
New York, NY 10016

Witko, Ron
**REDACTED**

Wordpress
570 El Camino Real
Ste. 150-45
Redwood City, CA 94063

Zoom
4633 Old Ironsides Drive
#408
Santa Clara, CA 95054

Zwicker & Associates
Attn:   Steven P. Bann
120 Allens Creek Road
Rochester, NY 14618